# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:11-cv-01089-JHN -PLAx | Date | February 16, 2011 |
|---|---|---|---|
| Title | Lisa Vincenti v. American Recovery Service Incorporated et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** ORDER TO SHOW CAUSE re DISMISSAL (In Chambers)

The Court has been advised that the check for $350.00 filing fee has been returned by the bank with a notation of "Multi-Times NSF". Plaintiff is also hereby advised that an additional fee of $45.00 is now required as a returned check processing fee. The total amount of **$395.00** is payable by cashier's check, or money order, only.

The plaintiff is hereby ORDERED TO SHOW CAUSE, in writing, by **March 2, 2011**, why this case should not be dismissed for failure to pay the filing fee.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of counsel's response. Failure to respond to the Court's order may result in the dismissal of the action.

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |